No. 76–5895.   RAMSAY *v.* BAILEY ET AL.   C. A. 5th Cir. Certiorari denied.

No. 76–5899.   STEBBINS *v.* CONTINENTAL INSURANCE COMPANIES ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 76–5901.   MCCLINTOCK *v.* OHIO.   Ct. App. Ohio, Tuscarawas County.   Certiorari denied.

No. 76–5902.   MCDONOUGH *v.* MARYLAND.   C. A. 4th Cir. Certiorari denied.

No. 76–5905.   WARNE *v.* ILLINOIS.   App. Ct. Ill., 2d Dist. Certiorari denied.

No. 76–5906.   KYLE *v.* KYLE.   Super. Ct. Pa.   Certiorari denied.

No. 76–5909.   MOORE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 76–5916.   STRZYZEWSKI *v.* OHIO.   Ct. App. Ohio, Medina County.   Certiorari denied.

No. 76–5921.   CHAMBERS *v.* WYRICK, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 76–5922.   CAMPBELL *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 76–5923.   LANE *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 76–5924.   BRESSLER *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 76–5928.   WILLIAMS *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.